## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 16-12347 |
| **Helen S. Kormoh AKA Helen Sulonteh** | : **Chapter 13** |
| **Cummings** | : **Judge Eric L. Frank** |
| | : * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| **Planet Home Lending, LLC** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Helen S. Kormoh AKA Helen Sulonteh** | : |
| **Cummings** | : |
| | : |
| **William C. Miller, Esq.** | : |
| **Respondents.** | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Planet Home Lending, LLC, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Karina Velter
    Karina Velter, Esquire (94781)
    Adam B. Hall (323867)
    Sarah E. Barngrover (323972)
    Manley Deas Kochalski LLC
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Karina Velter.
    Contact email is kvelter@manleydeas.com

21-001712_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 16-12347** |
| **Helen S. Kormoh AKA Helen Sulonteh Cummings** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Planet Home Lending, LLC** | : | **Related Document #** |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Helen S. Kormoh AKA Helen Sulonteh Cummings** | : | |
| | : | |
| | : | |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## **CERTIFICATE OF SERVICE**

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

Vaughn A. Booker, Attorney for Helen S. Kormoh AKA Helen Sulonteh Cummings, vbs00001@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Helen S. Kormoh AKA Helen Sulonteh Cummings, 221 Walnut St, Darby, PA  19023-2943

Helen S. Kormoh AKA Helen Sulonteh Cummings, 221 Walnut St, Colwyn, PA  19023-2943

/s/ Karina Velter

21-001712_PS