**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Helen S. Kormoh AKA Helen** | : | **Case No.: 16-12347** |
| **Sulonteh Cummings** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s).** | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as

counsel of record for creditor **Planet Home Lending, LLC** ("Creditor").  **Karina Velter** is no

longer counsel for Creditor.


/s/ Karina Velter                                  /s/ Sarah E. Barngrover
Karina Velter (94781)                          Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC                 Manley Deas Kochalski LLC
P.O. Box 165028                                  P.O. Box 165028
Columbus, OH  43216-5028                  Columbus, OH  43216-5028
Telephone: 614-220-5611                     614-220-5611; Fax: 614-627-8181
Fax: 614-627-8181                                sebarngrover@manleydeas.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 16-12347** |
| **Helen S. Kormoh AKA Helen Sulonteh** | : | **Chapter 13** |
| **Cummings** | : | **Judge Eric L. Frank** |
| | : | *** * * * * * * * * * * * * * * * * * * *** |
| **Debtor(s)** | : | |
| | : | |
| **Planet Home Lending, LLC** | : | **Related Document #** |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Helen S. Kormoh AKA Helen Sulonteh** | : | |
| **Cummings** | : | |
| | : | |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105,
ecfemails@ph13trustee.com

Vaughn A. Booker, Attorney for Helen S. Kormoh AKA Helen Sulonteh Cummings, Vaughn
A. Booker Attorney at Law, 1420 Walnut Street, Suite 815, Philadelphia, PA  19102,
vbs00001@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Helen S. Kormoh AKA Helen Sulonteh Cummings, 221 Walnut St, Darby, PA  19023-2943

Helen S. Kormoh AKA Helen Sulonteh Cummings, 221 Walnut St, Colwyn, PA  19023-2943


DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>

21-001712_PS

Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E.
Barngrover.
Contact email is
sebarngrover@manleydeas.com

21-001712_PS