United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                   Case No. 16-12347-elf

Helen S. Kormoh                                     Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Helen S. Kormoh, 221 Walnut St, Darby, PA 19023-2943 |
| 13703856 | + | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 13703864 | | HH Gregg c/o Corporate Headquarters, 4151 E 96th St, Indianapolis, IN 46240-1442 |
| 13780000 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13703869 | | Planet Home Lending, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 13783371 | + | Planet Home Lending, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14580350 | | Planet Home Lending, LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13898903 | + | Planet Home Lending, LLC, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13703870 | | Remex, Inc., 370 Wall St, Princeton, NJ 08540-1517 |
| 13703871 | + | Sears, 333 Beverly Ln, Hoffman Estates, IL 60179-0001 |
| 13703875 | | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 13782596 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 16 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 16 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 16 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13703857 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Jul 16 2021 23:32:00 | Berks Credit and Collections, Inc., 900 Corporate Dr, Reading, PA 19605-3340 |
| 13703858 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 17 2021 00:02:17 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13703859 | | Email/Text: kellyp@ccpdocs.com | Jul 16 2021 23:32:00 | Cardiology Consultants, PH, 207 N Broad St Fl 3, Philadelphia, PA 19107-1500 |
| 13703861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Comenity Bank, 1 Righter Pkwy, Wilmington, DE 19803-1533 |
| 13703863 | | Email/Text: mrdiscen@discover.com | Jul 16 2021 23:31:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 13703867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 16 2021 23:35:25 | Macys/DSNB, PO Box 8113, Mason, OH 45040-8113 |
| 13703862 | + | Email/Text: duffyk@co.delaware.pa.us | Jul 16 2021 23:32:00 | Delaware County Tax Claim Department, 201 W Front St, Media, PA 19063-2751 |
| 13703860 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 16 2021 23:51:56 | Chase Card Services, PO Box 15153, Wilmington, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2021 | Form ID: 138NEW | Total Noticed: 29 |

| Recip ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| 13703865 | Email/Text: PBNCNotifications@peritusservices.com | Jul 16 2021 23:32:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 DE 19886-5153 |
| 13703866 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 16 2021 23:32:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 13703868 | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:35 | Old Navy, 2 Folsom St, San Francisco, CA 94105-1205 |
| 13703872 | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:29 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 13703873 | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:36 | The Gap, Inc., 2 Folsom St, San Francisco, CA 94105-1205 |
| 13703874 | Email/PDF: gecsedi@recoverycorp.com | Jul 16 2021 23:35:36 | Walmart Credit Card, 702 SW 8th St, Bentonville, AR 72716-6209 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Planet Home Lending LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Planet Home Lending LLC amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VAUGHN A. BOOKER | on behalf of Debtor Helen S. Kormoh vbs00001@aol.com |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Helen S. Kormoh

      Debtor(s)                                             Bankruptcy No: 16−12347−elf

                                                                       Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                 900 Market Street
                                    Suite 400
                                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                            For The Court
                                                                  Timothy B. McGrath
                                                                       Clerk of Court

Dated: 7/16/21

                                                                                                       39 − 37
                                                                               Form 138_new