UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Helen S. Kormoh                                    Case No: 16−12347−elf

    Debtor(s)

_____

NOTICE OF CHAPTER 13 CASE CLOSED
WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

    ☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

    ☑ Debtor has not certified that all domestic support obligations due have been paid.

Dated: 9/10/21

For The Court

Timothy B. McGrath
Clerk of Court

45
Form 206