United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Helen S. Kormoh

    Debtor

Case No. 16-12347-elf

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 10, 2021 | Form ID: 206 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Helen S. Kormoh, 221 Walnut St, Darby, PA 19023-2943 |
| 13703856 | + | Bank of America, 100 N Tryon St, Charlotte, NC 28202-4024 |
| 13703864 | | HH Gregg c/o Corporate Headquarters, 4151 E 96th St, Indianapolis, IN 46240-1442 |
| 13780000 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13703869 | | Planet Home Lending, 321 Research Pkwy Ste 303, Meriden, CT 06450-8342 |
| 13783371 | + | Planet Home Lending, LLC, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14580350 | | Planet Home Lending, LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 13898903 | + | Planet Home Lending, LLC, c/o BRIAN CRAIG NICHOLAS, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13703870 | | Remex, Inc., 370 Wall St, Princeton, NJ 08540-1517 |
| 13703871 | + | Sears, 333 Beverly Ln, Hoffman Estates, IL 60179-0001 |
| 13703875 | | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 13782596 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 10 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 10 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 10 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13703857 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 10 2021 23:26:00 | Berks Credit and Collections, Inc., 900 Corporate Dr, Reading, PA 19605-3340 |
| 13703858 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 10 2021 23:30:42 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13703859 | | Email/Text: kellyp@ccpdocs.com | Sep 10 2021 23:26:00 | Cardiology Consultants, PH, 207 N Broad St Fl 3, Philadelphia, PA 19107-1500 |
| 13703861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2021 23:26:00 | Comenity Bank, 1 Righter Pkwy, Wilmington, DE 19803-1533 |
| 13703863 | | Email/Text: mrdiscen@discover.com | Sep 10 2021 23:26:00 | Discover Financial Services, LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 13703867 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2021 23:30:39 | Macys/DSNB, PO Box 8113, Mason, OH 45040-8113 |
| 13703862 | + | Email/Text: duffyk@co.delaware.pa.us | Sep 10 2021 23:26:00 | Delaware County Tax Claim Department, 201 W Front St, Media, PA 19063-2751 |
| 13703860 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Sep 10 2021 23:30:42 | Chase Card Services, PO Box 15153, Wilmington, |

DE 19886-5153

| 13703865 | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 10 2021 23:26:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 13703866 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Sep 10 2021 23:26:00 | Lane Bryant, PO Box 659728, San Antonio, TX 78265-9728 |
| 13703868 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 10 2021 23:30:42 | Old Navy, 2 Folsom St, San Francisco, CA 94105-1205 |
| 13703872 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 10 2021 23:30:40 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 13703873 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 10 2021 23:30:42 | The Gap, Inc., 2 Folsom St, San Francisco, CA 94105-1205 |
| 13703874 | Email/PDF: gecsedi@recoverycorp.com | | |
| | | Sep 10 2021 23:30:42 | Walmart Credit Card, 702 SW 8th St, Bentonville, AR 72716-6209 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021                    Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Planet Home Lending  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Planet Home Lending  LLC amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VAUGHN A. BOOKER | on behalf of Debtor Helen S. Kormoh vbs00001@aol.com |
| WILLIAM C. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Sep 10, 2021                            Form ID: 206                            Total Noticed: 29
TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Helen S. Kormoh                                    Case No: 16−12347−elf

     Debtor(s)

_____

*NOTICE OF CHAPTER 13 CASE CLOSED*
*WITHOUT DISCHARGE*

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑ Debtor did not file Official Form B423, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

☑ Debtor has not certified that all domestic support obligations due have been paid.

For The Court

Dated: 9/10/21

Timothy B. McGrath
Clerk of Court